**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-2233**
_____

KEVIN C. JEFFERSON,

                Plaintiff - Appellant,

      v.

REGAL CINEMAS, INC., trading as Southpark 16,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Magistrate Judge.  (3:10-cv-00166-MHL)

_____

Submitted:  May 26, 2011           Decided:  May 31, 2011

_____

Before WILKINSON, KING, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

C. James Williams, III, BURNETT & WILLIAMS, Midlothian, Virginia, for Appellant.  Timothy S. Brunick, CLARKE, DOLPH, RAPAPORT, HULL, BRUNICK & GARRIOTT, PLC, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin C. Jefferson appeals the magistrate judge's order granting Defendant's motion for summary judgment in his civil action.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jefferson v. Regal Cinemas, Inc., No. 3:10-cv-00166-MHL (E.D. Va. Oct. 4, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] This case was decided by a magistrate judge with the parties' consent pursuant to 28 U.S.C. § 636(c) (2006).